UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA R. S.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. CV 20-4541-AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order filed concurrently.

DATED: June 14, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　United States Magistrate Judge