**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIKA R. SANDERS, | Case No.: 2:20-cv-04541 AGR |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   July 28, 2021

*Alicia G. Rosenberg*

THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Erika R. Sanders